entered upon a verdict directed by the court in an action to determine the validity of a will.

*F. P. Whittaker*, *Charles J. Hardy* and *Thomas E. Fitz-Gerald* for appellant.

*Eugene A. Philbin* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the evidence presented a question of fact for the jury ; no opinion.

Concur : CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent : HAIGHT, J.

---

UNITED MERCHANTS' REALTY AND IMPROVEMENT COMPANY, Appellant, *v.* NEW YORK HIPPODROME, Respondent.

· *United Merchants' R. & Imp. Co.* v. *N. Y. Hippodrome*, 133 App. Div. 582, affirmed.

(Argued March 23, 1911; decided April 7, 1911.)

APPEAL, by permission, from a judgment entered July 30, 1909, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of defendant entered upon a dismissal of the complaint in an action to recover rent alleged to be due under a lease.

*S. M. Stroock*, *Charles Levy* and *E. F. Spitz* for appellant.

*Benjamin N. Cardozo* and *William Klein* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.